UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| STEPHEN BUSHANSKY,<br><br>    Plaintiff,<br><br> v.<br><br>PATTERSON-UTI ENERGY, INC., CURTIS W. HUFF, WILLIAM A. HENDRICKS, JR., TIFFANY THOM CEPAK, MICHAEL W. CONLON, TERRY H. HUNT, CESAR JAIME, JANEEN S. JUDAH, and JULIE J. ROBERSTON,<br><br>    Defendants. | Case No. 1:23-cv-06768-JLR<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

---

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Stephen Bushansky ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: November 2, 2023

               **WEISS LAW**

               By _/s/ Michael Rogovin_
               Michael Rogovin
               476 Hardendorf Ave. NE
               Atlanta, GA 30307
               Tel: (404) 692-7910
               Fax: (212) 682-3010
               Email: mrogovin@weisslawllp.com

               *Attorneys for Plaintiff*